IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL CASE NO. 2:05cr227

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| WILLIAM ALLEN BIRD ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Request for Disposition of Evidence [Doc. 23].

No response has been received in opposition to the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Request for Disposition of Evidence [Doc. 23] is hereby **GRANTED** and the Federal Bureau of Investigation may destroy in accordance with law evidence in the form of One silver handgun, .25 caliber, serial number U079773 and One Remington Fieldmaster model 572 rifle, .22 caliber, serial number A1435731.

Signed: January 17, 2011

Martin Reidinger
United States District Judge